IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAWRENCE M. CROSS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-133-D |
| | ) | |
| MIKE ADDISON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin on February 13, 2015. Judge Goodwin recommends the denial of Petitioner's application for leave to proceed *in forma pauperis* (IFP) because Petitioner has sufficient funds to pay the $5.00 filing fee for his Petition. Within the time period for a written objection, Petitioner has paid the required $5.00 fee. Accordingly, the Court finds that Petitioner's application to proceed IFP is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED, and Petitioner's IFP application [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Goodwin for further proceedings consistent with the initial case referral

IT IS SO ORDERED this 2nd day of March, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE